UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2004 JAN 23 P 1: 56

| | |
|---|---|
| Patrick Coppola, | ) Civil Action No: 03-12363WGY |
| **PLAINTIFF** | ) **STIPULATION OF DISMISSAL** |
| V. | ) |
| BCI Eclipse LLC, Brentwood Communications | ) |
| **DEFENDANT** | ) |

This Stipulation and Agreement of Compromise and Settlement is entered into on behalf of Plaintiff, Patrick Coppola and Defendant, BCI Eclipse LLC, Brentwood Communications.

In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff and Defendant hereby give notice to the Court that they agreed to dismiss all claims pending with prejudice and with each party bearing its own costs and attorneys fees.

Respectfully submitted by
Plaintiff's Attorney:

_____
Michael Leccese, Esq. BBO # 650521
Law Offices of Michael Leccese, P.C.
790 Turnpike St. suite 202
North Andover, MA 01845
978-686-4420
978-686-6710 (fax)

Dated: _____

1